## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 7** |
| | § | |
| **WITH PURPOSE, INC.,** | § | **Case No. 23-30246-MVL-7** |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adv. No. 25-03105-MVL** |
| | § | |
| **WINSTON & STRAWN LLP; and** | § | |
| **MICHAEL BLANKENSHIP,** | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS WINSTON & STRAWN LLP'S AND MICHAEL BLANKENSHIP'S MOTION TO DISMISS TRUSTEE'S ORIGINAL COMPLAINT

Defendants Winston & Strawn LLP and Michael Blankenship file this Motion to Dismiss Trustee's Original Complaint (the "Motion"). Under Fed. R. Bankr. P. 7012(b), Defendants respectfully do not consent to entry of final orders or judgment by this Court.

Scott M. Seidel's (the "Trustee") Original Complaint against Defendants fails to state a claim and must be dismissed under Fed. R. Civ. P. 12(b)(6), made applicable by Fed. R. Bankr. P. 7012, for the reasons stated in the *Brief in Support of Defendants Winston & Strawn LLP's and Michael Blankenship's Motion to Dismiss Under Rule 12(b)(6)* filed contemporaneously with this Motion.

To summarize, the Trustee's purported claims must be dismissed because:

1

- The Trustee does not plausibly plead that Defendants breached a duty of care; it is not malpractice to ably perform routine legal work at the instruction of the client, even if it furthers the client's imprudent business decisions;

- The Trustee has not plausibly pled that any malpractice by Defendants caused the failure of GloriFi, which is the basis of the Trustee's alleged damages;

- The Trustee cannot state valid aiding & abetting claims against Defendants because Defendants separately owed fiduciary duties to GloriFi;

- The Trustee cannot state valid aiding & abetting claims on the basis of transactions that did not occur;

- The Trustee cannot state plausible aiding & abetting claims for performing routine legal work as instructed by GloriFi; and

- The Trustee has not plausibly pled any fraudulent transfer or disallowance claims.

Defendants respectfully urge the Court to enter an order substantially in the form attached as **Exhibit A,** which orders that: (1) the Motion is granted and (2) the Trustee's Original Complaint is dismissed in its entirety with prejudice. Defendants further seek such other and further relief as may be appropriate.

Respectfully submitted,

| | |
|---|---|
| */s/ Ashley M. Kleber* | */s/ Louis R. Strubeck, Jr.* |
| **BARRETT H. REASONER** | **LOUIS R. STRUBECK, JR.** |
| Texas Bar No. 16641980 | Texas Bar No. 19425600 |
| E-Mail: breasoner@gibbsbruns.com | E-Mail: lstrubeckjr@omm.com |
| **ASHLEY M. KLEBER** | **SCOTT P. DRAKE** |
| Texas Bar No. 24060263 | Texas Bar No. 24026812 |
| E-Mail: akleber@gibbsbruns.com | E-mail: sdrake@omm.com |
| **ROSS M. MACDONALD** | **LAURA SMITH** |
| Texas Bar No. 24087956 | Texas Bar No. 24066039 |
| E-Mail: rmacdonald@gibbsbruns.com | Email: lsmith@omm.com |
| | |
| **GIBBS & BRUNS LLP** | **O'MELVENY & MYERS LLP** |
| 1100 Louisiana | 2801 North Harwood Street |
| Suite 5300 | Suite 1600 |
| Houston, Texas 77002 | Dallas, Texas 75201-2692 |
| Telephone: (713) 650-8805 | Telephone: (972) 360-1900 |

**_Counsel for Defendants Winston & Strawn LLP and Michael Blankenship_**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, contemporaneously with its filing, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this adversary proceeding.

*/s/ Ashley Kleber*
Ashley Kleber