# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| WITH PURPOSE, INC., | § | Case No. 23-30246-MVL-7 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 25-03105-MVL |
| | § | |
| WINSTON & STRAWN LLP; and | § | |
| MICHAEL BLANKENSHIP, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS WINSTON & STRAWN LLP'S AND MICHAEL BLANKENSHIP'S MOTION TO DISMISS TRUSTEE'S ORIGINAL COMPLAINT

The Court, having considered Winston & Strawn LLP's and Michael Blankenship's (collectively, "Defendants") Motion to Dismiss Trustee's Original Complaint (the "Motion"), and

any related briefing, the pleadings on file, and the applicable law, finds that the relief requested in the Motion is proper and **ORDERS** that the Motion is **GRANTED**.

The Court further **ORDERS** that all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

# # # **End of Order** # # #