

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 2, 2025**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| WITH PURPOSE, INC., | § | Case No. 23-30246-MVL-7 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 25-03105-mvl |
| | § | |
| WINSTON & STRAWN LLP; and | § | |
| MICHAEL BLANKENSHIP, | § | |
| | § | |
| Defendants. | § | |

### AMENDED STIPULATION AND AGREED ORDER REGARDING BRIEFING SCHEDULE RELATED TO DEFENDANTS' PENDING MOTION TO DISMISS

Plaintiff Scott M. Seidel, Trustee ("Plaintiff" or "Trustee") and Defendants Winston & Strawn LLP and Michael Blankenship ("Defendants") (Plaintiff and Defendants, collectively, the "Parties") submit and request entry of the following Amended Stipulation and Agreed Order ("Stipulation"):

1. On November 3, 2025, Defendants filed Defendants Winston & Strawn LLP's and Michael Blankenship's Motion to Dismiss Trustee's Original Complaint [Dkt. No. 7] ("Motion").

2. The Parties have conferred and stipulate that Plaintiff's Response Brief in opposition to the Motion shall be due on December 5, 2025.

3. The Parties have conferred and stipulate that Defendants' Reply Brief shall be due on December 17, 2025.

The Court finds that this Stipulation should be **GRANTED**. It is therefore **ORDERED** that Plaintiff shall file his Response Brief in opposition to the Motion on or before December 5, 2025, and Defendants shall file their Reply Brief in support of the Motion, if any, on or before December 17, 2025.

# # # END OF ORDER # # #

**STIPULATED AND AGREED TO THIS 1ST DAY OF DECEMBER 2025:**

| | |
|---|---|
| */s/ Chase J. Potter* | */s/ Barrett H. Reasoner (w/permission)* |
| **CHASE J. POTTER** | **BARRETT H. REASONER** |
| Texas Bar No. 24088245 | Texas Bar No. 16641980 |
| E-Mail: potter@imcplaw.com | E-Mail: breasoner@gibbsbruns.com |
| **JOSHUA J. IACUONE** | **ASHLEY M. KLEBER** |
| Texas Bar No.24036818 | Texas Bar No. 24060263 |
| E-Mail: josh@imcplaw.com | E-Mail: akleber@gibbsbruns.com |
| **GREG MCALLISTER** | **ROSS M. MACDONALD** |
| Texas Bar No. 24071191 | Texas Bar No. 24087956 |
| E-Mail: greg@imcplaw.com | E-Mail: rmacdonald@gibbsbruns.com |
| **ANNA OLIN RICHARDSON** | **GIBBS & BRUNS LLP** |
| Texas Bar No. 24102947 | 1100 Louisiana |
| E-Mail: anna@imcplaw.com | Suite 5300 |
| | Houston, Texas 77002 |
| **IACUONE MCALLISTER POTTER PLLC** | Telephone: (713) 650-8805 |
| Energy Square One | |
| 4925 Greenville Ave., Suite 1112 | **LOUIS R. STRUBECK, JR.** |
| Dallas, Texas 75206 | Texas Bar No. 19425600 |
| Telephone:    (214) 432-1536 | E-Mail: lstrubeckjr@omm.com |
| | **SCOTT P. DRAKE** |
| **COUNSEL FOR THE AGENT AND** | Texas Bar No. 24026812 |
| **SPECIAL COUNSEL FOR TRUSTEE** | E-Mail: sdrake@omm.com |
| | **LAURA SMITH** |
| | Texas Bar No. 24066039 |
| | E-Mail: lsmith@omm.com |
| | **O'MELVENY & MYERS LLP** |
| | 2801 North Harwood Street |
| | Suite 1600 |
| | Dallas, Texas 75201-2692 |
| | Telephone: (972) 360-1900 |
| | |
| | **COUNSEL FOR DEFENDANTS WINSTON &** |
| | **STRAWN LLP AND MICHAEL BLANKENSHIP** |