CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 11, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**WITH PURPOSE, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 23-30246-MVL7**<br><br>**Chapter 7** |
| **SCOTT M. SEIDEL, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WINSTON & STRAWN LLP, and MICHAEL BLANKENSHIP**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 25-03105-MVL** |

## AGREED PROPOSED SCHEDULING ORDER

The parties to this adversary proceeding represent that they have agreed to the terms of this *Agreed Proposed Scheduling Order*. It is hereby **ORDERED** that the following schedule of

deadlines shall govern this proceeding and remain in effect unless modified by further order of this Court (or agreement of the parties to extend any deadlines set forth below – other than the trial setting, which can only be adjusted by subsequent Court order):

| | |
|---|---|
| **May 6, 2026** | Deadline for the parties to serve Initial Disclosures, pursuant to FRCP 26(a). |
| **January 22, 2027** | Deadline for Expert Disclosures required pursuant to FRCP 26(a)(2) (as incorporated by FRBP 7026) to be made by party with the burden of proof on the issue addressed by the particular Expert Disclosure. |
| **March 23, 2027** | Deadline for Rebuttal Expert Disclosures pursuant to FRCP 26(a)(2) (incorporated by FRBP 7026). |
| **May 7, 2027** | Deadline to complete discovery. |
| **May 14, 2027** | Deadline for filing dispositive motions. |
| **TBD** | Pretrial conference. |
| **July 13, 2027** | Deadline for the Parties to (i) exchange all exhibits, except for impeachment documents, along with a list of witnesses to be called; and (ii) file a list of exhibits and witnesses. Each exhibit shall be marked with an exhibit label.<br><br>All exhibits not objected to in writing by the Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up at Docket Call. |
| **July 20, 2027** | Deadline to file, serve, and upload the Parties' Joint Pretrial Order, in compliance with Local Bankruptcy Court Rule 7016-1. |
| **July 27, 2027** | Deadline for the parties to file objections, except with regard to relevance (such objections being reserved for trial), to designated trial exhibits, including deposition excerpts, and any proposed limines. |

| | |
|---|---|
| **August 3, 2027**[1]<br>**1:15 PM CST** | Trial Docket Call. The Court will schedule the trial, usually to occur the following week, at the Docket Call. |

**IT IS FURTHER ORDERED** that at Trial Docket Call, all parties and their counsel must certify to full compliance with this Order. If a resetting is allowed by the Court, the Plaintiff's attorney shall notify all parties in interest of such resetting and shall file with the Clerk a certificate of service indicating the manner, date, and to whom the notice was given.

**IT IS FURTHER ORDERED** that the entry of this order is without prejudice to any party seeking further extensions of deadlines in the order or seeking amendments to the order.

**IT IS FURTHER ORDERED** that sanctions may be imposed for failure to comply with this Order.

**# # # END OF ORDER # # #**

[1] The Parties' consent to this Scheduling Order and the trial date reflected herein shall not be deemed a waiver of any Party's right to contest this Court's authority to enter final judgment, to seek withdrawal of the reference, to assert that any claim or issue must be decided by an Article III Court, or to demand a trial by jury or to move to strike any such demand

**AGREED as of May 11, 2026:**

By: /s/ Chase J. Potter
**Chase J. Potter**
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**Joshua J. Iacuone**
Texas Bar No. 24036818
E-Mail: josh@imcplaw.com
**Greg McAllister**
Texas Bar No. 24071191
E-Mail: greg@imcplaw.com
**Anna Olin Richardson**
Texas Bar No. 24102947
E-Mail: anna@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

**COUNSEL FOR THE AGENT AND SPECIAL COUNSEL FOR TRUSTEE**

By: /s/Ross M. MacDonald
**Barrett H. Reasoner**
Texas Bar No. 16641980
E-Mail: breasoner@gibbsbruns.com
**Ashley M. Kleber**
Texas Bar No. 24060263
E-Mail: akleber@gibbsbruns.com
**Ross M. MacDonald**
Texas Bar No. 24087956
E-Mail: rmacdonald@gibbsbruns.com
**GIBBS & BRUNS LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805

**Louis R. Strubeck, JR**
Texas Bar No. 19425600
E-Mail: lstrubeckjr@omm.com
**Scott P. Drake**
Texas Bar No. 24026812
E-Mail: sdrake@omm.com
**Laura Smith**
Texas Bar No. 24066039
E-Mail: lsmith@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Suite 1600
Dallas, Texas 75201-2692
Telephone: (972) 360-1900

**COUNSEL FOR DEFENDANTS WINSTON & STRAWN LLP AND MICHAEL BLANKENSHIP**