**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| **WITH PURPOSE, INC.,** | § | **Case No. 23-30246-MVL-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| Plaintiff, | § | |
| v. | § | **Adv. No. 25-03105-mvl** |
| **WINSTON & STRAWN LLP; and** | § | |
| **MICHAEL BLANKENSHIP,** | § | |
| Defendants. | § | |

**[PROPOSED] ORDER GRANTING**
**TOBY NEUGEBAUER'S MOTION TO INTERVENE**

Before the Court is Toby Neugebauer's Motion to Intervene (the "Motion"). Having considered the Motion, any Response, the arguments of counsel, and all applicable authorities, the Court finds that the Motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that Toby Neugebauer is permitted to intervene in this adversary proceeding as an intervenor.

It is further **ORDERED** that the Clerk shall file Neugebauer's Complaint in Intervention, attached to the Motion as Exhibit A.

It is further **ORDERED** that the Trustee, in his capacity as Chapter 7 Trustee of With Purpose, Inc. and its estate, shall answer or otherwise respond to the Complaint in Intervention within twenty-one (21) days of the date of this Order, or such other time as the Court may set.

It is further **ORDERED** that, because the Complaint in Intervention asserts no claims against Defendants Winston & Strawn LLP or Michael Blankenship, Defendants are not required to respond to it.

###

*Submitted by:*

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Ian Miller
Texas Bar No. 24149222
imiller@tillotsonlaw.com

**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR TOBY NEUGEBAUER**