**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **WITH PURPOSE, INC.,** | § | **Case No. 23-30246-MVL-7** |
| | § | |
| **Debtor.** | § | |

| | | |
|---|---|---|
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adv. No. 25-03105-MVL** |
| | § | |
| **WINSTON & STRAWN LLP; and MICHAEL BLANKENSHIP,** | § | **Civ. Action No. 3:26-cv-02158-L** |
| | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' RESPONSE IN OPPOSITION TO TOBY NEUGEBAUER'S MOTION TO INTERVENE**

Defendants Winston & Strawn LLP[1] and Michael Blankenship (collectively "Defendants") hereby file Defendants' Response in Opposition to Toby Neugebauer's Motion to Intervene ("the Motion").

For the reasons stated in the Brief in Support of Defendants' Response in Opposition to Toby Neugebauer's Motion to Intervene, filed contemporaneously with this Response, Defendants

[1] Winston & Strawn LLP recently completed a business combination with Taylor Wessing LLP and has been renamed Winston Taylor LLP. To avoid confusion given the Complaint's use of the name "Winston & Strawn LLP," this Motion and the accompanying Brief continue to use Winston & Strawn LLP to refer to the law firm.

hereby respectfully request that the District Court deny Neugebauer's Motion and enter an order substantially in the form attached as **Exhibit 1** which denies Neugebauer's intervention.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Barrett H. Reasoner*

**BARRETT H. REASONER**
Texas Bar No. 16641980
E-Mail: breasoner@gibbsbruns.com
**ASHLEY M. KLEBER**
Texas Bar No. 24060263
E-Mail: akleber@gibbsbruns.com
**ROSS M. MACDONALD**
Texas Bar No. 24087956
E-Mail: rmacdonald@gibbsbruns.com
**WILL KIRKLAND**
Texas Bar No. 24143084
E-mail: wkirkland@gibbsbruns.com

**GIBBS & BRUNS LLP**
1100 Louisiana
Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805

-and-

**LOUIS R. STRUBECK, JR.**
Texas Bar No. 19425600
E-mail: lstrubeckjr@omm.com
**SCOTT P. DRAKE**
Texas Bar No. 24026812
E-mail: sdrake@omm.com
**LAURA SMITH**
Texas Bar No. 24066039
Email: lsmith@omm.com

**O'MELVENY & MYERS LLP**
2801 North Harwood Street
Suite 1600
Dallas, Texas 75201-2692

Telephone: (972) 360-1900

*Counsel for Defendants Winston & Strawn LLP and Michael Blankenship*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026 the foregoing was served on all counsel of record via CM/ECF.

*/s/ Ross MacDonald*

Ross MacDonald