Chase J. Potter
Texas Bar No. 24088245
Joshua J. Iacuone
Texas Bar No. 24036818
Greg McAllister
Texas Bar No. 24071191
Anna Olin Richardson
Texas Bar No. 24102947
potter@imcplaw.com
josh@imcplaw.com
greg@imcplaw.com
anna@imcplaw.com
IACUONE MCALLISTER POTTER PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
214.432.1536

COUNSEL FOR THE AGENT AND
SPECIAL COUNSEL FOR TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WITH PURPOSE, INC.** | § | **Case No. 23-30246-mvl7** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adv. No. 25-03105-mvl** |
| | § | |
| **WINSTON & STRAWN LLP; and** | § | |
| **MICHAEL BLANKENSHIP,** | § | |
| | § | |
| **Defendants.** | § | |

# TRUSTEE'S JOINDER TO DEFENDANTS' OPPOSITION TO TOBY NEUGEBAUER'S MOTION TO INTERVENE

Plaintiff Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled and captioned adversary case, hereby files this *Joinder to Defendants' Opposition to Toby Neugebauer's Motion to Intervene* [Dkt. No. 91] (the "Intervention Motion").

On October 26, 2026, Defendants filed their Response in Opposition to the Intervention Motion [Adv. Dkt. No. 105] and Brief in Support [Adv. Dkt. No. 106] (together, "Defendants' Opposition"). Defendants request that the Court deny Neugebauer's Intervention Motion. *See* Adv. Dkt. No. 107 at 11. The Trustee joins in Defendants' request for the Court to deny Neugebauer's Intervention Motion.

The Trustee reserves the right to present argument during the hearing on the Intervention Motion, including on the grounds set forth in Defendants' Opposition. To avoid burdening the Court with unnecessary briefing on the issue, the Trustee does not currently intend to file a separate opposition brief to the Intervention Motion. However, in the event Defendants withdraw or amend their objection/opposition prior to the hearing on the Intervention Motion, the Trustee reserves the right to file his own brief in opposition to the Intervention Motion.

The Trustee further reserves his right to present argument and evidence in support of the Trustee's request for the Court to deny Neugebauer's Intervention Motion during the hearing on the Intervention Motion.

Respectfully submitted,

*/s/ Chase J. Potter*

**CHASE J. POTTER**
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**JOSHUA J. IACUONE**
Texas Bar No. 24036818
E-Mail: josh@imcplaw.com
**GREG MCALLISTER**
Texas Bar No. 24071191
E-Mail: greg@imcplaw.com
**ANNA OLIN RICHARDSON**
Texas Bar No. 24102947
E-Mail: anna@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

**COUNSEL FOR THE AGENT AND**
**SPECIAL COUNSEL FOR TRUSTEE**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system on this 2nd day of November, 2026.

*/s/ Chase J. Potter*
**CHASE J. POTTER**